AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Robert Fletcher Herbert, *Plaintiff* <br> v. <br> Warden Larry Cartledge <br> of Perry Correctional Institution SCDC, *Defendant* | ) ) ) ) ) ) Civil Action No.    0:14-cv-01090-DCN |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus post-judgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: the plaintiff, Robert Fletcher Herbert, shall take nothing of the defendant, Warden Larry Cartledge, as to the complaint filed and this action is dismissed with prejudice for lack of prosecution.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, United States District Judge, presiding, having affirmed the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, dismissing the action against the defendant with prejudice for lack of prosecution.

Date:   March 23, 2015                                     *ROBIN L. BLUME, CLERK OF COURT*

                                                                                    s/G. Mills
                                                                    *Signature of Clerk or Deputy Clerk*